IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP -8 PM 5: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 05-20332-B |
| KOSSIE L. SIMMONS, ) | |
| Defendant. ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on September 8, 2005, the United States Attorney for this District, Cam Jones, appearing for the Government and the defendant, Kossie L. Simmons, appearing in person and with counsel, Craig Morton, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Count 1 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **THURSDAY, DECEMBER 8, 2005, at 1:30 p.m., in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.**

The defendant is released on bond.

**ENTERED** this the ___8___ day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20332 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT