IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -9 PM 3:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                                                Case No. 2:05cr20332-01B

KOSSIE L. SIMMONS,

   Defendant.

CONSENT ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL OUTSIDE THE WESTERN DISTRICT AND REQUIRING THE FEDERAL PROBATION OFFICE TO MONITOR ANY SUBSEQUENT REQUESTS

This Cause Came to be heard upon motion of Defendant requesting that he be allowed to travel outside the Western District as well as, requesting any subsequent travel requests be monitored by the Federal Probation Office. It is in the opinion of the Court, based upon said motion and the consent of the parties that said motion is well taken and shall be granted.

It Is Therefore Ordered, Adjudged and Decreed that Defendant be allowed to travel to Little Rock, Arkansas on Friday, September 9, 2005, and any subsequent travel requests be monitored and approved by the Federal Probation Office. Defendant shall be required to report back to the Federal Probation Office upon his return from any scheduled trip.

Judge J. Daniel Breen

9/9/05
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-9-05

Approved For Entry:

_____
Cam Jones
Assistant U.S. Attorney
800 Federal Bldg.
167 N. Main
Memphis, TN 38103
(901) 544-4231

_____
Craig V. Morton
Jeffrey D. Germany
Attorneys For Defendant
200 Jefferson, Ste. 725
Memphis, TN 38103
(901) 522-0050

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20332 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT