IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ _____ D.C.

05 NOV 29 AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 05-20332 |
| | ) | Case No.  05-20331-Bre |
| vs. | ) | |
| | ) | |
| KOSSIE SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER

---

On motion of the United States and for good cause shown, the government's Motion
to Reset Sentencing is hereby granted.  Sentencing will be set approximately 75 days from
the date of this order.

Entered on this 29th day of _____November_____, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

Dated: _11/29/0v_

Approved: _____
CAM TOWERS JONES
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-29-05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20332 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT